IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CALVIN OLIVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 1:05-00058 |
| v. ) | JUDGE HAYNES |
| ) | |
| TONY PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

O R D E R

In accordance with the Memorandum filed herewith, Petitioner Calvin Oliver's motion for summary judgment (Docket Entry No. 41) is **GRANTED**. Petitioner is **GRANTED** the writ of habeas corpus. The State shall provide the Petitioner with a new sentencing hearing within sixty (60) days from the date of the entry of this Order.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** the 20th day of December, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge